KATHERINE B. McKANE, Appellant, *v.* NEW YORK AND CONEY ISLAND RAILROAD COMPANY et al., Respondents.

*McKane* v. *N. Y. & Coney Island R. R. Co.*, 124 App. Div. 930, affirmed.
(Argued May 17, 1909; decided June 1, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 16, 1908, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court at a Trial Term in an action of ejectment.

*Lyman W. Redington* for appellant.

*George W. Wingate* and *George D. Yeomans* for respondents.

Judgment affirmed, with costs ; no opinion.
Concur : GRAY, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ. Absent : CULLEN, Ch. J.

---

LILLIAN C. TIBBITTS et al., Appellants, *v.* ELWELL S. OTIS et al., as Trustees of JOSEPHINE L. DOTY et al., Respondents.

*Tibbitts* v. *Otis*, 123 App. Div. 914, affirmed.
(Argued May 17, 1909; decided June 1, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 20, 1908, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court at Special Term in an action to impress a trust upon certain property bequeathed by Azariah Boody, deceased.

*Eugene Van Voorhis* for appellants.

*Edwin A. Nash, Percy L. Klock* and *Harry Otis Poole* for respondents.

Judgment affirmed, with costs ; no opinion.
Concur : GRAY, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ. Absent : CULLEN, Ch. J.